ANN BYRNE, as Administratrix, etc., Respondent, *v.* THE
BROOKLYN CITY RAILROAD COMPANY, Appellant.†

(Argued January 18, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made January 22,
1894, which affirmed a judgment in favor of plaintiff entered
upon a verdict, and also affirmed an order denying a motion
for a new trial.

---

* Reported below, 73 Hun, 56.     † Reported below, 6 Misc. Rep. 441.

*Matthew Hale* for appellant.

*Isaac M. Kapper* for respondent.

Agree to affirm on opinion below.
All concur, except GRAY, J., taking no part.
Judgment affirmed.